NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOE LOVE, DOC# D12525    )
                         )
            Appellant,   )
                         )
v.                       )    Case No. 2D15-94
                         )
STATE OF FLORIDA,        )
                         )
            Appellee.    )
_____  )

Opinion filed November 4, 2015.

Appeal from the Circuit Court for Pasco
County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

In this <u>Anders</u>[1] appeal, we affirm the judgment and sentence but remand solely for entry of a corrected written revocation order specifying the conditions of probation violated.

Affirmed; remanded with directions.

NORTHCUTT, BLACK, and SLEET, JJ., Concur.

---

[1]<u>Anders v. California</u>, 386 U.S. 738 (1967).